IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cv-01763-GEB-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>RELATED CASE ORDER</u> |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 635 CENTER AVENUE, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 041-032-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 2:08-cv-01766-MCE-DAD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 640 CENTER AVENUE, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 041-033-09, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

On October 1, 2008, Plaintiff United States of America filed a Notice of Related Cases stating "that the above entitled actions are related within the meaning of Local Rule 83-123 for the

1

1  reason that the civil forfeiture action arises from the same law
2  enforcement investigation and thus involves substantially the same
3  events, transactions and owners."  Accordingly, the assignment of
4  the actions to the same judge and magistrate judge appears likely
5  to effect a substantial savings of judicial effort and is also to
6  be convenient for the parties.
7       The parties should be aware that relating the cases under
8  Local Rule 83-123 merely results in the actions being assigned to
9  the same judge and magistrate judge; no consolidation of the
10 actions is effected.  Under the regular practice of this court,
11 related cases are generally assigned to the judge and magistrate
12 judge to whom the first filed action was assigned.
13      IT IS THEREFORE ORDERED that action 2:08-cv-01766-MCE-DAD
14 is reassigned to Judge Garland E. Burrell, Jr., and Magistrate
15 Judge Kimberly J. Mueller for all further proceedings.  Henceforth,
16 the caption on documents filed in the reassigned case shall show
17 the initials "GEB KJM" instead of the other judges' initials.
18 Further, any dates currently set in this reassigned case *only* are
19 VACATED and a Status (Pretrial Scheduling) Conference is set for
20 November 24, 2008, at 9:00 a.m.  The parties shall file a Joint
21 Status Report with the court not later than fourteen days prior to
22 the scheduling conference.[1]
23 / / /

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2

1          IT IS FURTHER ORDERED that the Clerk of the Court make
2  appropriate adjustment in the assignment of civil cases to
3  compensate for this reassignment.
4          IT IS SO ORDERED.
5  Dated:  October 22, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge