UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 635 CENTER AVENUE, RED BLUFF, CALIFORNIA, Tehama County, APN: 041-032-08, includig all appurtenances and improvements thereto,<br><br>Defendant. | 2:08-cv-01763-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

On November 19, 2008, Plaintiff filed a late status report.[1] The status report reveals the status (pretrial scheduling) conference currently set for November 24, 2008 should be rescheduled. Therefore, the status hearing is rescheduled to commence at 9:00 a.m. on March 2, 2009. Plaintiff shall file a status report not later than fourteen days prior to the scheduling conference, in which Plaintiff is only

///

///

---

[1] Plaintiff is warned that failure to meet a Rule 16 filing deadline is sanctionable conduct.

1

1  required to explain the status of the default issue.
2
3           IT IS SO ORDERED.
4
   Dated:   November 20, 2008
5
6                                   _____
                                    GARLAND E. BURRELL, JR.
7                                   United States District Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28