UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY LOCATED AT 635 CENTER)<br>AVENUE, RED BLUFF, CALIFORNIA, )<br>Tehama County, APN: 041-032-08, )<br>including all appurtenances and )<br>improvements thereto, )<br>)<br>Defendant. )<br>_____) | 2:08-cv-01763-GEB-KJM<br><br>ORDER CONTINUING<br>STATUS (PRETRIAL<br>SCHEDULING) CONFERENCE |

      Plaintiff states in its status report filed on February 11, 2009, that the only matter remaining for decision is a default judgment, and that it will file a motion for default judgment on or before February 27, 2009.  Therefore, a motion for default judgment shall be filed no later than February 27, 2009, or alternatively, on this date Plaintiff shall file a document it which it explains why this action should not be dismissed for failure to prosecute the action.

1

Further, the status (pretrial scheduling) conference scheduled for March 2, 2009, is continued to July 13, 2009, at 9:00 a.m. Plaintiff shall file a status report not later than fourteen days prior to the July 13 scheduling conference, in which Plaintiff is only required to explain the status of the default judgment.

IT IS SO ORDERED.

Dated: February 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge