```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-01763 GEB KJM |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| REAL PROPERTY LOCATED AT 635 CENTER AVENUE, RED BLUFF, CALIFORNIA, TEHAMA COUNTY, APN: 041-032-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

This matter came before the undersigned on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant real property to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

1. This action arose out of a Verified Complaint for Forfeiture *In Rem* filed July 29, 2008.

2. Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default

judgment of forfeiture against potential claimants Miguel Gonzalez-Ochoa and Maria Gonzalez Ochoa.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Miguel Gonzalez-Ochoa and Maria Gonzalez Ochoa received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

4. That Miguel Gonzalez-Ochoa and Maria Gonzalez Ochoa be held in default;

5. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

6. That a judgment by default be entered against any right, title or interest of potential claimants Miguel Gonzalez-Ochoa and Maria Gonzalez Ochoa in the defendant real property;

7. That a final judgment be entered, forfeiting all right, title and interest in the defendant real property to the United States of America, to be disposed of according to law.

8. That the proposed form of Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the district judge assigned to this action and filed by the Clerk of the Court.

Dated: March 12, 2009.

_____
U.S. MAGISTRATE JUDGE